IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-71 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate-Judge |
| ALISSA BLACKLEDGE, | : | |
| Defendant. | : | GOVERNMENT'S MOTION FOR DISMISSAL |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, with prejudice. Defendant has successfully completed the terms of her Pretrial Diversion.

Respectfully submitted,

*Granted,*
*MN*
*9/8/17*

Signed – jm – 7 Sep 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 7th of September 2017 and that Mr Mark Babb, as Defense Counsel of Record would be notified of this Motion through CM/ECF.

Signed – jm – 7 Sep 17